UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| TIMOTHY V. BOWLING ) | |
| ) | |
| v. ) | NO. 2:05-CV-313 |
| ) | |
| MYRTLE RUNION, CAPT. FINLEY, ) | |
| LIEUT. LOWE, LIEUT. MINTHORN, ) | |
| SGT. EDENS, C/O HALL, and the ) | |
| WASHINGTON COUNTY ) | |
| DETENTION CENTER ) | |

## ORDER of JUDGMENT

In accordance with the accompanying memorandum and order, this *pro se* civil rights action filed under 42 U.S.C. § 1983 is **DISMISSED** under the 3-strikes provision in 28 U.S.C. § 1915(g) and, alternatively, as **MOOT**. The Court also **DENIES** the plaintiff leave to appeal *in forma pauperis* because, for reasons discussed in the memorandum, any appeal from this order would not be taken in good faith and would be frivolous. *See* 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED**.

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ *Patricia L. McNutt*
CLERK OF COURT